MORGAN, LEWIS & BOCKIUS LLP
JOHN S. BATTENFELD, State Bar No. 119513
jbattenfeld@morganlewis.com
ALBERT Y. HUANG, State Bar No. 193005
ahuang@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

JS 6

Attorneys for Defendant
TRANSCONTINENTAL DIRECT U.S.A. INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACI MARTIN,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSCONTINENTAL DIRECT U.S.A., INC., PACIFIC COMMUNICATION CONCEPTS, LLC dba TRANSCONTINENTAL DIRECT U.S.A., INC. and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. CV 09-05469 DSF (RZx)<br><br>**ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to the parties' Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED that this entire action as to all parties is dismissed with prejudice.

IT IS SO ORDERED:

Dated:   7/30, 2010

_____
HON. DALE S. FISCHER
United States District Judge

DB2/21840020.1                                       1